Linda S. Schuette
Chapter 7 Trustee
PO Box 743
Palo Cedro, CA 96073
Telephone (530)222-3888
Fax No. (530) 222-3665



FILED

NOV 1 4 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

CARL METTEN

DEBTOR.

No. 95-11726 AJ7

## NOTICE OF DEMINIMUS DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 300 in the amount of
**$2,643.99**, representing the total amount of unclaimed dividends in the
above-captioned estate, which will create a zero balance in the bank
account. Said sum is paid over to you pursuant to Bankruptcy Rule
3010.  The name(s) and address(es) of the claimants entitled to said
unclaimed dividends are as follows:

| Claim Number | Name and Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 4 | Greenberg Creyaufmiller Attorneys at Law 4422 E. Olympic Blvd. Los Angeles CA 90023-2093 | $31,613.35 | $2,643.99 |
| | TOTAL | | $2,643.99 |

Dated:    11/7/2005

/s/ Linda S. Schuette
LINDA S. SCHUETTE,
BANKRUPTCY TRUSTEE

NOTICE OF UNCLAIMED/DEMINUS DIVIDENDS