| | | |
|---|---|---|
| 1 | Linda S. Schuette | FILED |
| 2 | P.O. Box 743<br>Palo Cedro, CA 96073 | JUN 0 5 2007 |
| 3 | (530) 222-3888<br>(530) 222-3665 | UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA |
| 4 | CHAPTER 7 BANKRUPTCY TRUSTEE | |

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:

**Metten, Carl**

Debtor(s)

Case No. **95-11726**

Chapter 7

**TURNOVER OF UNCLAIMED DIVIDEND(S)**
[Bankruptcy Rule 3011]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number <u>332</u> in the amount of $2,428.96 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 4 | Greenberg & Creyaufmiller<br>4422 E. Olympic Blvd<br>Los Angeles CA 90023-2093 | $31,613.35 | $2,428.96 |

Dated: May 30, 2007



Linda S. Schuette, TRUSTEE



# Office of the Clerk
## United States Bankruptcy Court, Northern District of California

# MEMORANDUM

TO: Dennis Bilecki – Manager, Santa Rosa Division

FROM: Toni Taylor

DATE: June 6, 2007

RE: *Unclaimed Dividend Documents*

**RECEIVED**
JUN - 8 2007
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

---

Enclosed are documents received from trustees concerning unclaimed dividends. These have been processed through our financial records, and the associated checks have been deposited to the proper unclaimed dividend accounts.
Thank you.

Enclosures

*CMA (dist 6)(dist 3)      6/12*

*See above, attached*
*& process*
*Thanks*
*Dennis*