Linda S. Schuette
Chapter 7 Trustee
PO Box 743
Palo Cedro, CA 96073
Telephone (530)222-3888
Fax No. (530) 222-3665

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

No. 95-11726 AJ7

CARL METTEN

DEBTOR.

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find attached hereto check number 384 in the amount of $20,286.55 representing the total amount of UNCLAIMED dividends in the above-captioned estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name(s) and address(es) of the claimants entitled to said unclaimed dividends are as follows:

| CLAIM NO. | CLAIMANT NAME/ADDRESS | CLAIM AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 4 | Greenberg & Creyaufmiller<br>4422 E Olympic Blvd.<br>Los Angeles CA 90023-2093 | $31,613.35 | $20,286.55 |

Dated: 11/18/2008

_____
LINDA S. SCHUETTE, TRUSTEE